UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

LYNN C. STANDISH,

        Plaintiff,

v.

FRONTIER COMMUNICATIONS NORTHWEST, INC.,

        Defendant.

Civil No. 6:12cv1802-AA

ORDER

Stipulated Motion [#25] for dismissal is granted. Pursuant to the stipulation under Fed.R.Civ.P.41(a) it is ordered that this action is dismissed with prejudice and without costs or fees to any party. The Clerk is directed to enter judgment in accordance with this order.

Dated: March 6th, 2013

_____
ANN AIKEN
Chief United States District Judge

ORDER        DOCUMENT NO: _____